UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**KRISTOPHER O'NEAL,**

    **Plaintiff,**　　　　　　　　　　　　　　**CASE NO.: 1:25-CV-25143**

v.

**MANAGEMENT RESOURCES
INC., D/B/A MIAMI REGIONAL
UNIVERSITY,**

    **Defendant.**
_____/

**NOTICE OF CHANGE OF ADDRESS/EMAIL/PHONE NUMBER**

Pursuant to SDFL Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, compliance which is mandated pursuant to SDFL Local Rule 5.1, notice is hereby given that the undersigned attorney's updated address/email/phone number is as follows:

    Robert S. Mactavish, Esquire
    Phoenix Corporate Tower
    3003 N. Central Avenue
    Suite 685
    Phoenix, AZ 85012
    P: 575-517-6542
    robert.mactavish@llgnational.com

    Respectfully Submitted,
    **LENTO LAW GROUP, P.C.**

    _/s/ Robert S. Mactavish_
    Robert S. Mactavish, Esquire
    Phoenix Corporate Tower
    3003 N. Central Avenue
    Suite 685
    Phoenix, AZ 85012
    P: 575-517-6542
    *Attorney for Plaintiff*