UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:25-cv-25143-JB

KRISTOPHER O'NEAL,

      Plaintiff,

v.

MANAGEMENT RESOURCES INC.,
D/B/A MIAMI REGIONAL UNIVERSITY,

      Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Management Resources Inc., d/b/a Miami Regional University ("MRU"), pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Paperless Order Regarding Procedures (DIN 4), affirms that there are no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of their stock. Defendant identifies the following interested parties:

1. Lento Law Group, P.C.

2. Mactavish, Robert Sinclair

3. Management Resources Inc.

4. Miami Regional University

5. O'Donnell Christopher LLP

6. O'Donnell, Robert Anthony

7. O'Donnell, Sonia Escobio

8. O'Neal, Kristopher

Dated: March 15, 2026.

> Respectfully submitted,
>
> */s/ Sonia E. O'Donnell*
> Sonia E. O'Donnell
> Florida Bar No. 172538
> Robert A. O'Donnell
> Florida Bar No. 1011567
> O'Donnell Christopher LLP
> Post Office Box 172538
> Miami, FL 33017
> Telephone: 305-640-8958
> *sodonnell@odonnellchristopher.com*
> *rodonnell@odonnellchristopher.com*
> **Counsel for Defendant**
> **Miami Regional University**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2026, a true and correct copy of the foregoing was served via CM/ECF to all parties designated to receive electronic filings in this case.

> */s/ Sonia E. O'Donnell*
> Sonia E. O'Donnell