# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:25-cv-25143-JB

| | |
|---|---|
| **Kristofer O'Neal**<br>    **Plaintiff,**<br><br>**v.**<br><br><br>**Management Resources Inc. d/b/a Miami Regional University**<br><br>    **Defendant.** | |

### MEDIATOR'S REPORT

1.      On August 3, 2026, a mediation conference was held by Zoom before the undersigned mediator in accordance with the Notice of Mediation.

2.      The parties appeared and negotiated in good faith but could not resolve the dispute.

3.      The undersigned has declared an impasse.

Dated:   August 4, 2026

Respectfully submitted,

JOSEPH M. MATTHEWS, P.A.
806 South Douglas Road, 1200
Coral Gables, Florida 33134
Tel: (305) 761-2323
joseph@jmatthews-pa.com

By: /s/ Joseph M. Matthews
        Fla. Bar No. 238996

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Mediator's Report was delivered to the following this 4th day of August 2026, via Electronic Mail:

Plaintiff's Counsel:

Robert O'Donnell rodonnell@odonnellchristopher.com

Defendant's Counsel:

Robert Mactavish  robert.mactavish@llgnational.com