**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**KRISTOFER O'NEAL,**

    **Plaintiff,**                                **CASE NO.: 1:25-CV-25143-JB**

**v.**

**MANAGEMENT RESOURCES**
**INC., D/B/A MIAMI REGIONAL**
**UNIVERSITY,**

    **Defendant.**

_____/

## PLAINTIFF'S MOTION TO CONDUCT THE ORAL ARGUMENT SET FOR AUGUST 28, 2026 ON ZOOM OR OTHER REMOTE VIDEO LINK

**COMES NOW** the Plaintiff, Kristofer O'Neal, by and through undersigned counsel, and respectfully moves this Court to conduct the Oral Argument on Defendant's Motion to Dismiss that is scheduled for August 28, 2026 (set by Order Doc. 23) via Zoom or other remote video link instead of in person, and in support states:

Undersigned counsel lives in northern New Mexico and is the primary caregiver for his 93-year-old mother who is modified independent but still requires live-in assistance or at a minimum, check-ins several time per day. Counsel has communicated with Defense counsel and has been authorized to represent that they have no objection to this motion.

1

**WHEREFORE**, Plaintiff respectfully requests that this Court conduct the Oral Argument on Defendant's Motion to Dismiss that is scheduled for August 28, 2026 via Zoom or other remote video link instead of in person.

Respectfully Submitted,
**LLG NATIONAL LAW GROUP**

Robert S. Mactavish
Florida Bar No. 0596388
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
P: 575-517-6542
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a true and correct copy of the foregoing was served via CM/ECF to all parties designated to receive electronic filings in this case.

Robert S. Mactavish
*Attorney for Plaintiff*

2