**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:25-cv-25143-JB

KRISTOFER O'NEAL,

Plaintiff,

v.

MANAGEMENT RESOURCES INC.,
D/B/A MIAMI REGIONAL UNIVERSITY,

Defendant.
_________________________________________/

**DEFENDANT MIAMI REGIONAL UNIVERSITY'S MOTION TO ALSO BE ALLOWED TO APPEAR REMOTELY AT THE AUGUST 28, 2026 ORAL ARGUMENT ON THE MOTION TO DISMISS**

COMES NOW Defendant, Management Resources Inc., d/b/a Miami Regional University ("MRU"), and respectfully requests the Court also allow Defendant to appear remotely at the August 28, 2026 Oral Argument, as Plaintiff was recently permitted, and states as follows:

1. The Court recently granted [ECF No. 25] Plaintiff's Motion to Conduct the Oral Argument Set for August 28, 2026 on Zoom or Other Remote Video Link [ECF No. 24] which Defendant MRU did not oppose.

2. Undersigned counsel respectfully requests to also be allowed to appear remotely.

3. MRU's Motion to Dismiss [ECF No. 18] was substantially drafted by Robert O'Donnell who will be outside the jurisdiction on that day but will likely argue it if allowed to appear remotely.

4. If MRU is not allowed to present argument remotely, attorney Sonia O'Donnell will argue the motion in person. However, Ms. O'Donnell's husband is recovering from a fractured

hip, Ms. O'Donnell is his primary caregiver, and permission to present argument remotely will be helpful in this instance.

5. Since the Court has approved Plaintiff's request, undersigned counsel also requests the opportunity to argue the motion to dismiss, either by Zoom or other remote form.

6. Undersigned counsel has communicated with Plaintiff's counsel and has been authorized to represent that he has no objection to this motion.

WHEREFORE, Defendant respectfully requests that the Court also allow Defendant's counsel to appear remotely at the August 28, 2026 Oral Argument on Defendant's Motion to Dismiss.

Dated: August 12, 2026.

Respectfully submitted,

*/s/ Robert A. O'Donnell*

Robert A. O'Donnell
Florida Bar No. 1011567
Sonia E. O'Donnell
Florida Bar No. 172538
O'Donnell Christopher LLP
700 S. Royal Poinciana Blvd., Ste. 705
Miami Springs, FL 33166
Telephone: 305-640-8958
*rodonnell@odonnellchristopher.com*
*sodonnell@odonnellchristopher.com*
**Counsel for Defendant**
**Miami Regional University**

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, a true and correct copy of the foregoing was served via CM/ECF to all parties designated to receive electronic filings in this case.

*/s/ Robert A. O'Donnell*

Robert A. O'Donnell